UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
**LIFETIME ENTERTAINMENT SERVICES,**

       **Plaintiff,**

-against-

**VENACA, INC. and IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC.,**

       **Defendants.**

-----------------------------------------------------------

No. 07 Civ. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lifetime Entertainment Services ("Lifetime") (a private, non-governmental party) submits the following statement of its corporate interests:

1. Lifetime Entertainment Services is not a publicly-held corporation or other publicly-held entity.

2. Lifetime Entertainment Services has two parent corporations:

   a. The identity of the parent corporations are: (i) The Walt Disney Company, a publicly-held corporation; and (ii) The Hearst Corporation, a privately-held corporation.

   b. The two parent corporations each own 50 percent of Lifetime Entertainment Services, although there are no overlapping members of the two boards of directors.

-2-

3. No other publicly-held corporation owns 10 percent or more of Lifetime's stock.

Dated: New York, New York  
December 14, 2007

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
Kevin W. Goering
Kesari Ruza
Bardia Bakhtari
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

*Attorneys for plaintiff Lifetime Entertainment Services*