UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
LIFETIME ENTERTAINMENT SERVICES,

        **Plaintiff,**

     -against-

VENACA, INC. and IRON MOUNTAIN
INTELLECTUAL PROPERTY
MANAGEMENT, INC.,

        **Defendants.**
------------------------------------------------------x

No. 07 Civ. 11271 (VM)

**SCHEDULING ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

    Upon filing and reading the following: (i) the accompanying Summons and Complaint; (ii) the annexed Affidavit of Gwynne McConkey, sworn to on December 13, 2007, and; (iii) Lifetime's Memorandum of Law in support of its motion for a preliminary injunction, and sufficient cause appearing therefore, it is hereby:

    ORDERED that defendants appear before Judge Victor Marrero, at the Courthouse located at 500 Pearl Street, Room 20B, New York, New York on Friday, December 21, 2007 at 2:45 p.m., or as soon thereafter as counsel may be heard, and attend a hearing on plaintiff's motion for a preliminary injunction ordering nominal defendant Iron Mountain Intellectual Property Management ("Iron Mountain") to release to Lifetime the "Deposit Material" as defined by the Three-Party Escrow Service Agreement entered into by and between Lifetime, Venaca, and Iron Mountain on or about June 25, 2007 ("Escrow Agreement"), and enjoining Venaca from issuing to Iron Mountain contrary instructions under the Escrow Agreement; and it is further

ORDERED THAT, opposition papers, if any, shall be served by hand delivery upon plaintiff's counsel, Kevin W. Goering, Sheppard, Mullin, Richter & Hampton LLP, 30 Rockefeller Plaza, 24th Floor, New York, New York, 10112, on or before 5 pm, Wednesday, December 19, 2007; and it is further

ORDERED THAT service of a copy of this Order and the papers upon which it is based, along with the Summons and Complaint, be made on or before Monday, December 17, 2007, at 5 pm upon Venaca at 4390 US Route 1 North, Princeton, NJ 08540, and upon Iron Mountain at 45 Atlantic Avenue, 10th Floor, Boston, MA 02111, attn: R. Frederick Linfesty, Esq., shall be deemed good and sufficient service thereof.

Dated: New York, NY
       December 17, 2007

SO ORDERED:

_____
U.S.D.J. Denise L. Cote